```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :   INDICTMENT
          - v. -                 :
                                 :   19 Cr. 175
PAUL ELMOWSKY,                   :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x
```

## COUNT ONE

The Grand Jury charges:

On or about December 31, 2018, in the Southern District of New York, PAUL ELMOWSKY, the defendant, knowingly did receive and possess a firearm which was not registered to him in the National Firearms Registration and Transfer Record, to wit, an Uzi Model Mini Auto 9MM firearm, which is a weapon made from a rifle which weapon as modified has an overall length of less than 26 inches and a barrel less than 16 inches in length.

(Title 26, United States Code, Sections 5845(a)(4) and 5861(d).)

_____              _____
FOREPERSON                                   GEOFFREY S. BERMAN
                                             United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**PAUL ELMOWSKY,**

                    **Defendant.**

---

**INDICTMENT**

19 Cr.

(26 U.S.C. §§ 5845 and 5861)

GEOFFREY S. BERMAN
United States Attorney

---

Foreperson

---