**MEMO ENDORSED**

**KEVIN T. CONWAY, ESQ.**
**ATTORNEY AT LAW**
**LICENSED IN**
**N.Y., N.J., CT.**

*80 Red Schoolhouse Road, Suite 110*         *c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC*
*Spring Valley, NY 10977*                              *61 South Paramus Road, Suite 250*
*Tel: (845) 352-0206*                                        *Paramus, NJ 07652*
*Fax: (845) 352-0481*                                       *Tel: (201) 928-1100*

March 30, 2020

Honorable Nelson S. Roman
U.S. District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Status Conf. adjourned from April 3, 2020 until April 30, 2020 at 10:30 am. The Clerk of the Court requested to terminate the motion (doc. 34).
>
> Dated: March 30, 2020    SO ORDERED.
>
> _/s/ Nelson S. Román_
> Nelson S. Román, U.S.D.J.

**Re:   USA v. Paul Elmowsky**
         Case No. 7:19-cr-00175-NSR

Dear Judge Roman:

This office represents the Defendant, Paul Elmowsky, in the above-captioned matter. A status conference is currently scheduled before this Honorable Court for April 3, 2020, at 10:30 a.m. The undersigned has been advised by my private investigator, that the affidavit we were expecting to receive by this weekend in support of the Defendant, is still incomplete due to the outbreak of the novel coronavirus (COVID-19). The undersigned will follow up with the investigator as to the status of when we should expect to receive the completed affidavit.

In light of the foregoing, we are respectfully requesting a further two-week adjournment to April 17, 2020. Pursuant to the Federal Rules of Criminal Procedure, consistent with the U.S. constitution, and in accordance with this Honorable Court's updated Rules, we agree to proceed with the conference via telephone, with the Defendant waiving his appearance. This request is being made upon consent of the AUSA, Lindsey Keenan, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2020

WHEREFORE, it is respectfully requested that this Honorable Court grant the relief requested by the Defendant herein.

Respectfully submitted,

By: /s/ *Kevin T. Conway*
Kevin T. Conway, Esq. (KC-3347)
80 Red Schoolhouse Road, Suite 110
Spring Valley, New York 10977
T: 845-352-0206
F: 845-352-0481
E-mail: kconway@ktclaw.com
*Attorney for Defendant*

cc: Via e-mail and e-file:
Lindsey Keenan, Esq. - Lindsey.Keenan@usdoj.gov