```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2020
```

**MEMO ENDORSED**

# KEVIN T. CONWAY, ESQ.
### ATTORNEY AT LAW
### LICENSED IN
### N.Y., N.J., CT.

*80 Red Schoolhouse Rd., Suite 110*
*Spring Valley, N.Y. 10977*
*Tel: (845) 352-0206*
*Fax: (845) 352-0481*
*Email: Kconway@ktclaw.com*

*Of Counsel*
*Patrick J. Carle, Esq.*
*Licensed in N.Y.*

*c/o Decotiis, Fitzpatrick, Cole & Giblin, LLC*
*61 South Paramus Road, Suite 250*
*Paramus, New Jersey 07652*
*Tel: (201) 928-1100*

*Of Counsel*
*Paul S. Chiaramonte, Esq.*
*Licensed in N.Y. and N.J.*

April 28, 2020

**Via E-filing and E-mail**
Honorable Nelson S. Roman
U.S. District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   USA v. Paul Elmowsky
      Case No. 7:19-cr-00175-NSR

---

Defendant's request to utilize both residences is granted on consent of AUSA Lindsey Keenan and without objection from U.S. Pretrial Services Officer Winter Pascual. Clerk of the Court requested to terminate the motion (doc. 40).

Dated: April 29, 2020     SO ORDERED.

Nelson S. Román, U.S.D.J.

---

Dear Judge Roman:

    This office represents the Defendant, Paul Elmowsky, in the above-captioned matter. A telephonic status conference is scheduled before this Honorable Court for April 30, 2020, at 1:00 p.m. (should the Court so agree). The undersigned has recently been advised by Defendant's Real Estate counsel, Kenneth Moran, Esq., that the Defendant has purchased a second home in the Town of Palisades, New York. He plans on utilizing his second home as his primary residence; however, he wishes to be able to still utilize his home in the Town of Upper Grandview, New York for recreational purposes, such as fishing and/or enjoying the scenery as it is a waterfront property. Both properties are within a few miles of each other in Rockland County. The undersigned has also been advised by Attorney Moran and the Defendant that there will be no change necessary on the deed of the Upper Grandview property and therefore will have no effect on the current terms of his bail agreement. Annexed hereto as Exhibit "A" are two letters addressed to the undersigned from Mr. Moran for the Court's review and approval. This information has also been provided to Lindsey Keenan, Esq., AUSA, for her review and comment.

    Based on the foregoing, the undersigned is respectfully requesting that this Honorable Court grant the permission which the Defendant seeks herein, to occupy both his residences within the County of Rockland. This request is being made upon consent of the AUSA, Lindsey Keenan, Esq.

WHEREFORE, it is respectfully requested that this Honorable Court grant the relief requested by the Defendant herein.

                                                   Respectfully submitted,

By:   /s/ *Kevin T. Conway*
       Kevin T. Conway, Esq. (KC-3347)
       80 Red Schoolhouse Road, Suite 110
       Spring Valley, New York 10977
       T: 845-352-0206
       F: 845-352-0481
       E-mail: kconway@ktclaw.com
*Attorney for Defendant*

cc:    Via e-mail and e-file to:
       Lindsey Keenan, Esq. - Lindsey.Keenan@usdoj.gov

       Via e-mail to:
       Kenneth Moran, Esq.
       kennethmoranesq@yahoo.com

# LAW FIRM of KENNETH MORAN
### ATTORNEY AT LAW
**Tallman Medical Center & Professional Building**
**11 North Airmont Road, Suite 11**
**Suffern, New York 10901**
**TEL (845) 369-8130          FAX (845) 369-1233**
**Email: kennethmoranesq@yahoo.com**

April 24, 2020

Kevin T. Conway, Esq.
80 Red Schoolhouse Road, Suite 110
Spring Valley, NY 10977

**Re:**   Eugene Kohn to Paul Elmowsky
         27 Hey Hoe Woods, Palisades, New York

Dear Mr. Conway:

Please be advised that Paul Elmowsky is in contract to purchase the above premises, expected to close in the next two weeks. The contract is dated January 8, 2020, and the purchase price is $1,124,000.

Please let us know if you need any additional information.

Thank you.

Very truly yours,

*Randi Brenner*

Randi Brenner
*Legal Assistant*

# LAW FIRM of KENNETH MORAN
### ATTORNEY AT LAW
**Tallman Medical Center & Professional Building**
**11 North Airmont Road, Suite 11**
**Suffern, New York 10901**
**TEL (845) 369-8130     FAX (845) 369-1233**
**Email: kennethmoranesq@yahoo.com**

April 27, 2020

Kevin T. Conway, Esq.
80 Red Schoolhouse Road, Suite 110
Spring Valley, NY 10977

**Re:    Eugene Kohn to Paul Elmowsky**
       **27 Hey Hoe Woods, Palisades, New York**

Dear Mr. Conway:

Please be advised that Paul Elmowsky is in contract to purchase the above premises, expected to close in the next two weeks. The contract is dated January 8, 2020, and the purchase price is $1,124,000. He plans to retain the property he currently owns at 100 River Road, Nyack, New York.

Please let us know if you need any additional information.

Thank you.

Very truly yours,

*Randi Brenner*

Randi Brenner
*Legal Assistant*