**Kevin T. Conway, Esq.**
Attorney at Law
Licensed in
n.y., n.j., ct.

| | |
|---|---|
| 7 Stokum Lane | c/o Decotiis, Fitzpatrick, Cole & Giblin, LLC |
| New City, N.Y. 10956 | 61 South Paramus Road, Suite 250 |
| Tel: (845) 352-0206 | Paramus, New Jersey 07652 |
| Fax: (845) 352-0481 | Tel: (201) 928-1100 |
| Email: Kconway@ktclaw.com | |
| | Of Counsel |
| Of Counsel | Paul S. Chiaramonte, Esq. |
| Patrick J. Carle, Esq. | Licensed in N.Y. and N.J. |
| Licensed in N.Y. | |

October 15, 2020

Via ECF and E-mail: gina_sicora@nysd.uscourts.gov
Honorable Nelson S. Roman, U.S.D.J.
United States Courthouse
300 Quarropas Street
White Plains, NY 10601
Attn: Gina Sicora, Courtroom Deputy

Re: <u>USA v. Paul Elmowsky, Case No. 7:19-cr-00175-1</u>

Dear Judge Roman:

    This office represents the Defendant, Paul Elmowsky, in the above-captioned matter. Pursuant to the Court's Scheduling Order, please allow this letter to serve as a motion for an enlargement of time to file our Motion in Limine on behalf of Mr. Elmowsky. Michael K. Burke, Esq., Defendant's Co-Counsel, will be preparing the Motion and has asked for a brief two-week extension to file same as he is in the process of reviewing the discovery and preparing for trial.

    The relief sought in this Motion is being made upon the consent of the AUSA, Lindsey Keenan, Esq.

    WHEREFORE, it is respectfully requested that this Honorable Court grant the relief requested by the Defendant herein.

Respectfully submitted,

By: /s/ Kevin T. Conway
Kevin T. Conway, Esq. (KC-3347)
80 Red Schoolhouse Road, Suite 110
Spring Valley, New York 10977
T: 845-352-0206
F: 845-352-0481
E-mail: kconway@ktclaw.com
Attorney for Defendant

---

**MEMO ENDORSED**

The application is denied. A firm trial date is set for November 30, 2020. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 48.

Dated: 10/15/2020
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2020

cc:    Via e-mail and e-file to:
Lindsey Keenan, Esq. - Lindsey.Keenan@usdoj.gov

Via e-mail to:
Michael K. Burke, Esq.
Hodges, Walsh & Burke, LLP
55 Church Street, Suite 211
White Plains, New York 10601
mburke@hwb-lawfirm.com