UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

       USA,

           - against -

PAUL ELMOWSKY,

                    Defendant(s).
---------------------------------------------------------x

**SCHEDULING ORDER**

19 Cr. 175 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

      The Assignment Committee has approved the five (5) day jury trial in this case to commence on March 15, 2021. Jury selection will commence on March 15, 2021 at 9:30 am in the Jury Room on the First Floor and continue until the jury panel is selected. The jury trial will be conducted in either Courtroom 520 or 521 depending on availability. The Court anticipates working from 9:30 am until 4:00 pm.

      Voir dire, request to charge, all proposed jury instructions, proposed verdict sheet, witness lists, exhibit lists and copies of premarked, tabbed exhibits (in binders) (Government exhibits shall be numerical and Defendant exhibits shall be alphabetical) shall be submitted to chambers on March 8, 2021 by 2:00 pm. 3500 materials are likewise due March 8, 2021 by 2:00 pm. Two sets of all the above documents are to be submitted to chambers. No extensions shall be granted.

      All trial participants are expected to adhere to the Second Amended Standing Order M10-468 (21-MC-164) (Feb. 16, 2021) concerning restrictions on entry to the courthouse.

Dated:    White Plains, New York
             March 3, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2021