**EXHIBIT LIST**
<u>United States</u> v. <u>Paul Elmowsky</u>
19 Cr. 175 (NSR)

| GX # | Description | Witness | ID'd | Received |
|---|---|---|---|---|
| PHYSICAL EVIDENCE ||||||
| 1 | Uzi Mini Carbine | | | |
| 2 | Magazines | | | |
| | | | | |
| | | | | |
| | | | | |

| GX # | Description | Witness | ID'd | Received |
|---|---|---|---|---|
| PHOTOGRAPHS ||||||
| 101 | Paul Elmowsky | | | |
| 102 | Garage | | | |
| 103 | Garage | | | |
| 104 | Magazine Bin | | | |
| 105 | Safes | | | |
| 106 | Left Safe | | | |
| 107 | Right Safe | | | |
| 108 | Top of Right Safe | | | |
| 109 | Bedroom | | | |
| 110 | Holster | | | |
| 111 | Holster | | | |
| 112 | Uzi Mini Carbine | | | |
| 113 | Uzi Mini Carbine Engravings | | | |
| 114 | Uzi Mini Carbine | | | |
| 115 | Uzi Mini Carbine | | | |
| 116 | Uzi Mini Carbine | | | |
| 117 | Uzi Mini Carbine Barrel | | | |
| 118 | Uzi Mini Carbine Muzzle | | | |
| 119 | Colt Python | | | |
| 120 | Colt Magnum Carry | | | |
| 121 | Smith & Wesson 617 With Scope | | | |
| 122 | H&K USP | | | |

| | | | | |
|---|---|---|---|---|
| 123 | Ruger Mark II With Scope | | | |
| 124 | Ingram M10A1 | | | |
| 125 | Ingram M10A1 | | | |
| 126 | Remington 11-87 Police Shotgun | | | |
| 127 | Remington 11-87 Police Shotgun Barrel | | | |
| 128 | Marlin 336 | | | |
| 129 | Marlin 80 With Scope | | | |
| 130 | Marlin 80 Engravings | | | |
| 131 | Bushmaster XM15 | | | |
| 132 | M1 Carbine | | | |
| 133 | M1 Carbine Engravings | | | |
| 134 | M6 Scout Rifle-Shotgun | | | |
| 135 | M6 Scout Smooth Bore | | | |
| 136 | M6 Scout Rifled Bore | | | |
| 137 | Uzi Mini Carbine | | | |
| | | | | |
| | | | | |
| | | | | |

| | Documents | | | |
|---|---|---|---|---|
| 201 | National Firearm Registration and Transfer Records | | | |
| 202 | Pistol Permit Records | | | |
| 203 | Pistol Permit Records | | | |
| 204 | Serious Sportsman Acquisition and Disposition Records | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2