

## Hodges Walsh & Burke, LLP
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct E-Mail: mburke@hwb-lawfirm.com

March 8, 2021

***VIA ECF***
Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

                **Re:    United States v. Paul Elmowsky**
                      **Docket No: 19 CR 175**

Dear Judge Roman:

      I, along with Kevin T. Conway represented the defendant in the above referenced matter. In advance of trial that is scheduled for March 15, 2021, I reviewed the docket entries and observed that the Court has not yet issued its Rule 5(f) Order. I am respectfully requesting that the Court issue a Rule 5(f) Order prior to the commencement of the trial regarding the Government's *Brady* obligations.

      Thank you for your consideration.

                                  Respectfully submitted,

                                  *Michael K. Burke*
                                  Michael K. Burke

MKB:sg

Cc:    AUSA Jeff Coffman