UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PAUL ELMOWSKY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2022
```

19-CR-00175 (NSR)

OPINION & ORDER

NELSON S. ROMÁN, United States District Judge:

Defendant Paul Elmowsky ("Defendant") was charged by Superseding Indictment with one count of knowingly receiving and possessing a firearm that was not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5845(a)(4) and 5861(d).  (ECF No. 8.)  On October 8, 2021, following a jury trial, Defendant was found guilty.  On March 2, 2022, the Court sentenced Defendant to three months' imprisonment followed by a term of supervised release.  (ECF No. 109.)  Defendant was directed to surrender to the United States Marshal for this district on April 18, 2022 at 12:00 PM.  (*Id.*)  On April 13, 2022, Pre-Trial Services made an oral request to extend Defendant's surrender time.  Therefore it is

        ORDERED that Defendant's surrender time is extended to April 18, 2022 at 2:00 PM

Dated:   April 13, 2022
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge